## St. Tammany Parish Sheriff's Office
### Medical Department

## Suicide Watch Placement



To: Main Control
From: Medical Department

Inmate Name: Boudreaux, Stephen     D.O.B.: 3/15/61
Date: 10/21/11   Time: 1717   Location: _____

The above patient is being placed on suicide watch because (check all that apply):

- [x] Voiced suicidal ideations
- [x] Worrisome behavior - Depressed, voice cutting wrists.
- [ ] Suicide attempt
- [ ] Aggressive / homicidal

Ordered by: V/O Dr. Dileo / [signature]     **Place in Booking Cage** until
Received by: [signature] 6511                medical orders otherwise.
                Sgt. or Lt.

---

## Suicide Watch Removal

To: Main Control
From: Medical Department

Inmate Name: Boudreaux Stephen     D.O.B.: 3/15/61
Date: 10/23/11   Time: 1200   Location: M H

The above patient is being removed from all suicide precautions:

Ordered by: Dr. Bhatt / Q C  UM
Received by: _____
                Sgt. or Lt.

STPSOMed60

**EXHIBIT A**